USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
GEORGE LEE, on behalf of himself
and all others similarly situated,

                Plaintiff,

    - against -

CANADA GOOSE US, INC.,

                Defendant.
----------------------------------------X

20 Civ. 9809 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above captioned matter was filed on November 20, 2020. (Dkt. No. 1.) Defendant and Plaintiff exchanged premotion letters, and the Court construed Defendant's first letter as a motion to dismiss the Complaint, which the Court granted in part and denied in part on June 29, 2021. (See Dkt. No. 17.) Defendants filed an Answer to the Complaint on July 13, 2021. (Dkt. No. 19.)

    The parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

    Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

Dated:    JULY 16, 2021
            New York, New York

                                                  Victor Marrero
                                                     U.S.D.J.