**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _4/19/2022_ |

GEORGE LEE,

                    Plaintiff,

       - against -

CANADA GOOSE US, INC.,

                    Defendants.

**20 Civ. 9809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    While the Court reviews of the parties' letters regarding summary judgment and Plaintiff's request to amend the Complaint, the case management conference scheduled for April 22, 2022, is adjourned to May 27, 2022, at 11:30 a.m.

**SO ORDERED.**

Dated:     April 20, 2022
            New York, New York

                                Victor Marrero
                                U.S.D.J.

1