UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022
```

GEORGE LEE,

                Plaintiff,

    - against -

CANADA GOOSE US, INC.,

                Defendant.

20 Civ. 9809 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The Court has reviewed the parties' letter exchanges addressing, among other things, the arguments from Canada Goose US, Inc. ("Canada Goose") that summary judgment is warranted because plaintiff George Lee ("Lee") lacks Article III standing. (See Dkts. No. 42, 45, 46.) After reviewing the parties' submissions, the Court finds that an additional letter exchange is needed for the parties to solely address the Article III standing issues. Canada Goose shall file its letter within two weeks, Lee shall file a responsive letter two weeks thereafter, and Canada Goose may file a reply one week thereafter. The parties' letters shall not exceed four pages.

**SO ORDERED.**

Dated:    April 26, 2022
           New York, New York

                                                _____
                                                Victor Marrero
                                                U.S.D.J.